UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20315-CIV-LENARD/WHITE

**WILLIE PARKER**,

    Petitioner,

v.

**WALTER MCNEIL,**

    Respondent.

_____/

## ORDER ADOPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 6) AND TRANSFERRING CASE TO MIDDLE DISTRICT OF FLORIDA

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 6), issued on February 4, 2011, recommending that this case be transferred to the Middle District of Florida. Therein, the Parties were provided fourteen (14) days to file objections to the Report. To date, Petitioner has not filed any objections to the Report. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

    1.    The Report of the Magistrate Judge (D.E. 6), issued on February 4, 2011, is **ADOPTED**;

    2.    The Clerk shall transfer this action to the Middle District of Florida;

3. This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 1st day of March, 2011.

                                              /s/ Joan A. Lenard
                                              **JOAN A. LENARD**
                                              **UNITED STATES DISTRICT JUDGE**